1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10                                     **EASTERN DIVISION**

11

12  TRACY PARKER,                    )        No.   CV 09-8919 CW
                                     )
13              Plaintiff,           )        JUDGMENT
           v.                        )
14                                   )
    MICHAEL J. ASTRUE,               )
15  Commissioner, Social Security    )
    Administration,                  )
16                                   )
                Defendant.           )
17  _____)

18

19       **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20  and this action is dismissed with prejudice.

21

22  DATED: October 26, 2010

23

24                                   _____
                                          CARLA M. WOEHRLE
25                                   United States Magistrate Judge

26

27

28